# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER WINGROVE and FLOYD STEVENS, individually and on behalf of all other similarly situated individuals,<br><br>   Plaintiffs,<br><br>vs.<br><br>D.A. TECHNOLOGIES, INC.<br><br>   Defendant. | COURT FILE NO.<br>1:10-CV-3227-HLM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of the parties to the above action,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice in accordance with the parties' settlement agreement and this Court's orders approving the same.

BY THE COURT:

Dated: Feb 24, 2011

_____
The Honorable Harold L. Murphy
United States District Court Judge